# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| ASUS TECHNOLOGY LICENSING INC. AND CELERITY IP, LLC, <br><br> Plaintiffs, <br><br> v. <br><br> T-MOBILE USA, INC., <br><br> Defendants. | Civil Action No. 2:23-cv-487 <br><br> JURY TRIAL DEMANDED |

## PLAINTIFFS' 7.1 DISCLOSURE STATEMENT

Pursuant to Federal Rules of Civil Procedure 7.1, Plaintiffs Asus Technology Licensing Inc. ("ATL") and Celerity IP, LLC ("Celerity") hereby disclose that:

ATL is a wholly-owned subsidiary of ASUSTeK Computer Inc.  No other publicly held corporation owns 10% or more of ATL's stock.

Celerity is a wholly-owned subsidiary of Centreville SPV, LLC, which is a wholly-owned subsidiary of funds managed by GLS Capital, LLC.   No publicly held corporation owns 10% or more of Celerity's stock.

DATED:  October 19, 2023

Respectfully submitted,

 /s/ *Robert Christopher Bunt*

Robert C. Bunt
Texas State Bar No. 00787165
rcbunt@pbatyler.com
**PARKER, BUNT & AINSWORTH, P.C.**
100 E. Ferguson, Suite 418
Tyler, Texas 75702
Tel:   (903) 531-3535

>Jason Sheasby
>California State Bar No. 205455
>(*pro hac vice* to be filed)
>jsheasby@irell.com
>Hong (Annita) Zhong, PhD
>California State Bar No. 266924
>(*pro hac vice* to be filed)
>hzhong@irell.com
>Christopher Abernethy
>California State Bar No. 275986
>(*pro hac vice* to be filed)
>cabernethy@irell.com
>Tony Rowles
>California State Bar No. 301209
>(*pro hac vice* to be filed)
>trowles@irell.com
>Stephen Payne
>California State Bar No. 310567
>(*pro hac vice* to be filed)
>spayne@irell.com
>**IRELL & MANELLA LLP**
>1800 Avenue of the Stars, Suite 900
>Los Angeles, CA 90067-4276
>Tel:  (310) 277-1010
>
>**ATTORNEYS FOR PLAINTIFFS**
>**ASUS TECHNOLOGY LICENSING INC.**
>**AND CELERITY IP, LLC**

## **CERTIFICATE OF SERVICE**

I hereby certify that, on October 19, 2023, a true and correct copy of the foregoing was served to all counsel of record via CM/ECF.

>*/s/ Robert Christopher Bunt*
>Robert Christopher Bunt